CAROLINE J. CAMMERER, Respondent, *v.* CLEMENS MULLER, Appellant.

(Argued April 22, 1892; decided May 6, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order

made Janury 20, 1890, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Robert H. Griffin* for appellant.

*Eugene H. Lewis* for respondent.

Agree to affirm on opinion of VAN BRUNT, J., in General Term.

All concur.

Judgment affirmed. _____